AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

The Harry and Jeanette Weinberg Foundation, Inc.

*Plaintiff(s)*

v.

St. Marks Avenue, LLC, et al.

*Defendant(s)*

Civil Action No. 1:15-cv-03525-GLR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

St. Marks Avenue, LLC
226-07 139th Avenue
Laurelton, NY  11413
           Service of Process:  936-B Baltimore National Pike
                                Ellicott City, MD  21042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony P. Ashton, Esquire
Earl Adams, Jr., Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209-3600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Felicia C Cannon

Date: 11/20/15

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

The Harry and Jeanette
Weinberg Foundation, Inc.

_Plaintiff(s)_

v.

St. Marks Avenue, LLC, et al.

_Defendant(s)_

Civil Action No. 1:15-cv-03525-GLR

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

William Spivey
Member, St. Marks Avenue, LLC
226-07 139th Avenue
Laurelton, NY   11413

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony P. Ashton, Esquire
Earl Adams, Jr., Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD   21209-3600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Felicia C Cannon

Date: 11/20/15

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

The Harry and Jeanette Weinberg Foundation, Inc.

*Plaintiff(s)*

v.

St. Marks Avenue, LLC, et al.

*Defendant(s)*

Civil Action No. 1:15-cv-03525-GLR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Stacy Smith
Director/Trustee and Registered Agent,
Communities Organized to Improve Life, Inc.
3532 Reisterstown Road
Baltimore, MD  21215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony P. Ashton, Esquire
Earl Adams, Jr., Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209-3600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Felicia C. Cannon

Date: 11/20/15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| The Harry and Jeanette Weinberg Foundation, Inc. <br><br> *Plaintiff(s)* <br> v. <br> St. Marks Avenue, LLC, et al. <br><br> *Defendant(s)* | Civil Action No. 1:15-cv-03525-GLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　　Michele Gibson
　　Director/Trustee
　　Communities Organized to Improve Life, Inc.
　　4310 Seminole Avenue
　　Baltimore, MD  21229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　Anthony P. Ashton, Esquire
　　Earl Adams, Jr., Esquire
　　DLA Piper LLP (US)
　　6225 Smith Avenue
　　Baltimore, MD  21209-3600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Felicia C Cannon

Date: 11/20/15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| The Harry and Jeanette Weinberg Foundation, Inc.<br><br>*Plaintiff(s)*<br>v.<br>St. Marks Avenue, LLC, et al.<br><br>*Defendant(s)* | Civil Action No. 1:15-cv-03525-GLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Paul Archibald
Director/Trustee
Communities Organized to Improve Life, Inc.
Jenkins Building, Room 337
1700 East Cold Spring Lane
Baltimore, MD  21251

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony P. Ashton, Esquire
Earl Adams, Jr., Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209-3600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Felicia C Cannon

Date: 11/20/15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| The Harry and Jeanette Weinberg Foundation, Inc. <br><br> *Plaintiff(s)* <br> v. <br> St. Marks Avenue, LLC, et al. <br><br> *Defendant(s)* | Civil Action No. 1:15-cv-03525-GLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Robert Lee
Director/Trustee
Communities Organized to Improve Life, Inc.
1200 West Baltimore Street
Baltimore, MD  21223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony P. Ashton, Esquire
Earl Adams, Jr., Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209-3600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/20/15

Felicia C Cannon

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

The Harry and Jeanette Weinberg Foundation, Inc.

*Plaintiff(s)*

v.

St. Marks Avenue, LLC, et al.

*Defendant(s)*

Civil Action No. 1:15-cv-03525-GLR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Delores A. Long-Coleman
Director/Trustee
Communities Organized to Improve Life, INc.
6005 Hunt Club Lane
Baltimore, MD   21210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony P. Ashton, Esquire
Earl Adams, Jr., Esquire
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD   21209-3600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/20/15

Felicia C Cannon

*Signature of Clerk or Deputy Clerk*